UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-299-1D(1)

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| TANYATORN GHANJANASAK | |

THIS MATTER came on to be heard on motion of Defendant to extend the deadline in which she must surrender for service of her sentence of imprisonment for sixty (60) days. The United States objects to the motion. Having considered the basis for the extension of Defendant's reporting date as set forth in Defendant's motion, the motion is GRANTED. Defendant is hereby allowed until **November 12**, 2018 to report for service of her sentence of imprisonment.

SO ORDERED.

This the **19** day of **September**, 2018.

_____
James C. Dever, III
Chief United States District Judge, EDNC